IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LARRY MARVEL, | § | |
| | § | No. 462, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0510007925 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: December 28, 2024
Decided: January 14, 2025

## <u>ORDER</u>

On November 4, 2024, the appellant, Larry Marvel, filed a notice of appeal from the Superior Court's October 9, 2024 order denying his latest motion for correction of illegal sentence. On December 9, 2024, the Court denied Marvel's motion to proceed *in forma pauperis* in which he averred that he had not previously been found by any court to have abused the judicial process by filing frivolous or malicious litigation. In fact, this Court has found that Marvel's repetitive and frivolous filings constitute an abuse of the judicial process and has enjoined Marvel from filing appeals without first obtaining leave of the Court.[1] In the December 9, 2024 order denying Marvel's motion to proceed in forma pauperis, the Court ordered Marvel to pay the required filing fee by December 27, 2024, or this appeal would be

---

[1] *Marvel v. State*, 2023 WL 2359243, at *2 (Del. Mar. 3, 2023).

dismissed without further notice. Marvel has failed to pay the filing fee as ordered. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice